160 So. 555

### Jesse BATCHELOR et al. v. STATE.

4 Div. 809.

Supreme Court of Alabama.
March 28, 1935.

Sollie & Sollie, of Ozark, for petitioners.

A. A. Carmichael, Atty. Gen., for the State.

THOMÁS, Justice.

Petition of Jesse Batchelor and Comer Barefield for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Batchelor et al. v. State, 160 So. 555.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.

160 So. 530

### HANDY v. GOODYEAR TIRE & RUBBER CO. et al.

7 Div. 282.

Supreme Court of Alabama.
March 28, 1935.

Rains & Rains and McCord & McCord, all of Gadsden, for appellant.

Roger C. Suttle and O. R. Hood, both of Gadsden, for appellees.

BROWN, Justice.

In Harper v. Southern Coal & Coke Co., 73 F.(2d) 792, the United States Circuit Court of Appeals for the Fifth Circuit, speaking through Walker, Circuit Judge, held that the "Remedies provided by National Industrial Recovery Act [48 Stat. 195] for violations of it are exclusive, and no suit by a private party for violation of the act is maintainable."

That decision involved a construction and application of the federal statute, and is binding on state courts. That decision disposes of this case, and necessitates an affirmance of the judgment of the circuit court.

Affirmed.

ANDERSON, C. J., and THOMAS and KNIGHT, JJ., concur.